Approved: _____
KAYLAN E. LASKY
Assistant United States Attorney

Before:   HONORABLE GABRIEL W. GORENSTEIN
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - x
                                    :   **22 MAG 1743**
                                    :
                                    :   SEALED COMPLAINT
                                    :
UNITED STATES OF AMERICA            :   Violations of
                                    :   21 U.S.C. §§ 812,
- v.-                               :   841(a)(1), and
                                    :   841(b)(1)(C); 18 U.S.C.
DARREN JOHNSON,                     :   §§ 924(c)(1)(A)(i),
                                    :   922(g)(1), and 2
         Defendant.                 :
                                    :   COUNTY OF OFFENSE:
- - - - - - - - - - - - - - - - - - x   BRONX


SOUTHERN DISTRICT OF NEW YORK, ss.:

    CARLOS MARCHENA, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), assigned to the Bronx Detective Bureau Special Investigations, Violent Crimes Squad (the "Violent Crimes Squad"), and charges as follows:

COUNT ONE
(Possession of Narcotics with Intent to Distribute)

    1.   On or about February 17, 2022, in the Southern District of New York and elsewhere, DARREN JOHNSON, the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1).

    2.   The controlled substance involved in the offense was mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); and Title 18, United States Code, Section 2.)

## COUNT TWO
(Firearms Use)

3. On or about February 17, 2022, in the Southern District of New York and elsewhere, DARREN JOHNSON, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking offense charged in Count One of this Complaint, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), and 2.)

## COUNT THREE
(Felon in Possession)

4. On or about February 17, 2022, in the Southern District of New York and elsewhere, DARREN JOHNSON, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a Smith & Wesson nine millimeter caliber semi-automatic pistol (the "Firearm"), and the Firearm was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

5. I am an NYPD Detective with the Violent Crimes Squad, and I have been personally involved in the investigation of this matter. This affidavit is based upon my participation in the investigation of this matter, my conversations with law enforcement agents, as well as my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions,

statements and conversations of others are reported herein, they are reported in substance and in part.

6. Based on my review of criminal history records pertaining to DARREN JOHNSON, the defendant, I know that JOHNSON was convicted on or about October 3, 2019, in Bronx County Supreme Court, of attempted criminal possession of a weapon in the second degree, in violation of New York State Penal Law Section 265.03(3), a felony, and was sentenced to five years' probation.

7. Based on my participation in this investigation, my conversations with a NYPD detective ("Detective-1") who participated in the arrest of DARREN JOHNSON, the defendant, on or about February 17, 2022, and my review of law enforcement reports and records, including a videorecording taken by an undercover officer (the "UC") on or about February 17, 2022, and NYPD property vouchers, I have learned the following, in substance and in part:

a. On or about February 17, 2022, the UC approached Tinton Avenue between 161st Street and 163rd Street in the Bronx, New York, where the UC had previously made controlled purchases from a particular individual ("CC-1"). Soon thereafter, the UC saw CC-1 and asked CC-1 for "two dubs," which based on my training and experience, refers to forty dollars' worth of cocaine. Another individual ("CC-2") then approached CC-1, and CC-1 asked CC-2 to place a phone call; CC-2 then placed a phone call during which CC-2 asked for "two." CC-2 subsequently informed UC-1 that someone would be coming soon.

b. Around this time, the UC gave CC-1 approximately forty dollars in pre-marked buy money (the "Money"). Another individual, later identified as JOHNSON, approached CC-1, CC-2, and UC-1, and handed CC-1 two clear ziplock bags of alleged cocaine containing a white rock substance (the "Bags"), which CC-1 provided to the UC. CC-1 also handed JOHNSON the Money that the UC had given to CC-1.

c. Around this time, law enforcement approached and placed JOHNSON, CC-1, and CC-2 under arrest. In the course of arresting JOHNSON, JOHNSON, using JOHNSON's arm, struck Detective-1 in the face, causing a laceration to Detective-1's lip. In the course of handcuffing JOHNSON, a different NYPD detective ("Detective-2") felt a hard object on JOHNSON's person. Detective-2 therefore reached inside JOHNSON's jacket, where Detective-2 observed the Firearm inside JOHNSON's jacket. Around this time,

JOHNSON told Detective-1 that JOHNSON had not intended to hit Detective-1.

8. As part of my investigation, I have reviewed a videorecording of a statement made by DARREN JOHNSON, the defendant, to Detective-1 and another NYPD detective ("Detective-3") subsequent to JOHNSON's arrest, on or about December 17, 2022. JOHNSON was read his Miranda rights by Detective-3 and waived these rights prior to making the statement, as is reflected in the video. In the video statement, JOHNSON stated, among other things, that (i) JOHNSON is a convicted felon, was sentenced to five years' probation, and was aware that JOHNSON was not supposed to have a firearm in JOHNSON's possession; (ii) JOHNSON found the Firearm and put the Firearm inside his jacket around ten or fifteen minutes prior to JOHNSON's arrest; and (iii) JOHNSON, with the Firearm on JOHNSON's person, had given CC-1 "two bags."

9. Based on my communications with a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives who is familiar with the manufacturing of firearms and who reviewed a photograph of the Firearm, I am aware that the Firearm is a Smith & Wesson nine millimeter caliber semi-automatic pistol, and the Firearm was not manufactured in the State of New York.

WHEREFORE, deponent respectfully requests that a warrant issue for the arrest of DARREN JOHNSON, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ sworn electronically
_____
Detective Carlos Marchena
NYPD, Violent Crimes Squad

Sworn to me through the transmission of this
Affidavit by reliable electronic means (telephone),
pursuant to Federal Rules of Criminal Procedure
4.1 and 41(d)(3), this 19th day of February, 2022

_____
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK